# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 6469 | **DATE** | 6/2/2009 |
| **CASE TITLE** | Jose Louis Duran vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion to approve minor settlement [285] is granted. ENTER ORDER: It is ordered that the settlement amount is fair and reasonable and the settlement is approved. This order shall be effective only after the entry of the appropriate probate division of an order approving the settlement and after bond or other security required to administer the settlement.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | AMM |
|---|---|---|